Submitted November 9, reversed December 16, 2020

In the Matter of T. A. L.,
a Person Alleged to have Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

T. A. L.,
*Appellant.*

Clackamas County Circuit Court
20CC02322; A174015

477 P3d 1237

Douglas V. Van Dyk, Judge.

Joseph R. DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Greg Rios, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Shorr, Judge, and Powers, Judge.

PER CURIAM

Reversed.

**PER CURIAM**

The trial court committed appellant to the custody of the Mental Health Division for a period not to exceed 180 days based on a determination that he was unable to meet his basic needs. ORS 426.005(1)(f)(B). Appellant contends that the record does not contain clear and convincing evidence to support the court's conclusion that he is a danger to others. The state concedes that the record is legally insufficient in that regard and that the judgment of commitment should be reversed. We agree, accept the state's concession, and reverse the commitment.

Reversed.